**M&B**

**MOSKOWITZ**

Christopher Neff
cneff@mb-llp.com

---

> Application granted. The initial conference is rescheduled to 7/6/2021 at 3:00 p.m. to be held via telephone using the same dial-in instructions as set forth in the Notice of Initial Conference (Doc. 11). The parties are reminded to comply with the requirement in the Notice to file a proposed Civil Case Discovery Plan and Scheduling Order one week prior to the conference. The parties shall promptly advise the Court of any resolution reached prior to the date of the conference.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 1, 2021

Hon. Philip M. Halperin
United States District Judge
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   *Cruz v. Kay Food Marketing, Inc., et al.*
       20-cv-11123 (PMH)

Dear Judge Halperin:

This firm represents the defendants in the above-captioned matter. I write respectfully to request that the Court adjourn or reschedule the telephonic conference set for June 2, 2021 at 11:30am.

The reason for this request is twofold. First, the Parties are now engaged in good-faith negotiations that appear reasonably likely to result in a resolution of this matter, and which therefore may avoid the need for the scheduled conference altogether. It is thus submitted that an adjournment pending resolution would preserve the resources of the Court and of the parties. Second, I am scheduled to appear before Judge Cogan at the same time as the scheduled conference in this case, pursuant to a scheduling order entered earlier than the scheduling order in this case, and I have not been able to obtain coverage from other counsel in order that both conferences can go forward at the same time. Indeed, until this morning, I believed that I had obtained appropriate coverage—hence the belated nature of this request, for which I apologize to the Court.

I therefore request that the conference in this matter be rescheduled to a later date, or, at a minimum to the afternoon of June 1, 2021.

Counsel for Plaintiff has graciously acceded to this request. No prior request for this relief has been made.

Thank you for your consideration of this request.

Very truly yours,

Christopher Neff