UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Omar Rodolfo Gonzalez Cruz,<br><br>      Plaintiff,<br><br>-v-<br><br>Kay Food Marketing Inc,<br>Salamon Schwartz, and<br>Abraham Horowitz,<br><br>      Defendants. | Civil Action #: 20-CV-11123 (PMH)(PED)<br><br>**JUDGMENT** |

 A notice of acceptance of Rule 68 Offer of Judgment having been served and filed on June 21, 2021 (ECF No. 15):

 ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff OMAR RODOLFO GONZALEZ CRUZ and against Defendants KAY FOOD MARKETING INC, SALAMON SCHWARTZ, AND ABRAHAM HOROWITZ in the total amount of Twelve Thousand Dollars ($12,000.00) inclusive of any attorneys' fees, expenses and costs.

Dated: _____, 2021
   New York, NY          _____