UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Omar Rodolfo Gonzalez Cruz,<br><br>                     Plaintiff,<br>-v-<br><br>Kay Food Marketing Inc,<br>Salamon Schwartz, and<br>Abraham Horowitz,<br><br>                     Defendants. | Civil Action #: 20-CV-11123 (PMH)(PED)<br><br>**JUDGMENT** |

    A notice of acceptance of Rule 68 Offer of Judgment having been served and filed on June 21, 2021 (ECF No. 15):

    ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff OMAR RODOLFO GONZALEZ CRUZ and against Defendants KAY FOOD MARKETING INC, SALAMON SCHWARTZ, AND ABRAHAM HOROWITZ in the total amount of Twelve Thousand Dollars ($12,000.00) inclusive of any attorneys' fees, expenses and costs.

Dated: June 30, 2021
       ~~New York~~, NY
       White Plains

                                            Philip M. Halpern
                                            United States District Judge